

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2022

No. 04-22-00320-CV

**IN THE INTEREST OF A.Z.P. AND S.J. R., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02402
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief originally was due to be filed on July 5, 2022. Neither the brief nor a motion for extension of time has been filed.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal must be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.* Appellant filed a notice of appeal on May 25, 2022. It is therefore ORDERED that appellant's appointed appellate attorney, Mr. Shawn Sheffield, file appellant's brief in this appeal **no later than July 25, 2022.**

If the brief is not filed by **July 25, 2022**, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Mr. Sheffield for failing to timely file appellant's brief.

It is so **ORDERED** on July 13, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT